**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHRISTOPHER WHEATLEY,<br><br>             Petitioner,<br><br>   vs.<br><br>HEIDI M. LACKNER, WARDEN,<br><br>             Respondent. | CASE NO. ED CV 14-01722 CAS (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Report and Recommendation ("Report") of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 24, 2015

*Christina A. Snyder*

————————————————
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE