JS - 6    O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHRISTOPHER WHEATLEY,<br><br>          Petitioner,<br><br>    vs.<br><br>HEIDI M. LACKNER, WARDEN,<br><br>          Respondent. | CASE NO. ED CV 14-01722 CAS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RYAN CHRISTOPHER WHEATLEY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 24, 2015

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE